UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 8, 2015

MEMO TO COUNSEL RE:   Harry O. Moore v. Suntrust Mortgage, Inc.
Civil No. JFM-15-157

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant Mortgage Contracting Services, Inc.'s motion for a more definite statement.

The motion (document 27) is granted. It is incumbent upon plaintiff to submit in this action specified allegations of the conduct alleged against the defendant, not to simply refer to other cases in which that defendant is named.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge